USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-25-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

DAGOBERTO RAMIREZ LOPEZ, EDGAR PEREZ LOPEZ, MARCO ANTONIO MOLINA MEDEL, RAFAEL ROJAS RAMOS, REYMUNDO MOLINA MEDEL, and SALVADOR MAXIMILIANO ROJAS ROJAS, *individually and on behalf of others similarly situated*,

        *Plaintiffs*,

-*against*-

ALIDORO II LLC (D/B/A ALIDORO), ALIDORO CANAL LLC (D/B/A ALIDORO), ALIDORO CORP. (D/B/A ALIDORO), WALTER MOMENTE, JONATHAN STREEP, and ATHANASIOS POLIHRONOPOYLOS,

        *Defendants*.

----------------------------------------------------------X

18 Civ. 5417 (PAC)

**OPINION & ORDER**

HONORABLE PAUL A. CROTTY, United States District Judge:

For the reasons discussed at today's conference, Plaintiffs' request for leave to file an amended complaint, dkt. 45, is GRANTED.

Dated: New York, New York
      March 25, 2019

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge