UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DAGOBERTO RAMIREZ LOPEZ,                          Docket No.: 18-cv-05417
EDGAR PEREZ LOPEZ,
MARCO ANTONIO MOLINA MEDEL,
RAFAEL ROJAS RAMOS,
REYMUNDO MOLINA MEDEL, and
SALVADOR MAXIMILIANO ROJAS ROJAS,
*individually and on behalf of others similarly situated,*

                                      Plaintiffs,

               -against-

ALIDORO II LLC (D/B/A ALIDORO),
ALIDORO CANAL LLC (D/B/A ALIDORO),
ALIDORO CORP. (D/B/A ALIDORO),
WALTER MOMENTE, JONATHAN STREEP
and ATHANASIOS POLIHRONOPOYLOS,

                                      Defendants.
-------------------------------------------------------------X

## [Proposed] JUDGMENT
## JUDGMENT

       On November 11, 2020 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

       NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

       That the Plaintiffs DAGOBERTO RAMIREZ LOPEZ, EDGAR PEREZ LOPEZ, MARCO ANTONIO MOLINA MEDEL, RAFAEL ROJAS RAMOS, REYMUNDO MOLINA MEDEL, and SALVADOR MAXIMILIANO ROJAS ROJAS have judgment against Defendants ALIDORO II LLC (D/B/A ALIDORO), ALIDORO CANAL LLC (D/B/A ALIDORO), ALIDORO CORP. (D/B/A ALIDORO), WALTER MOMENTE, JONATHAN STREEP, in the amount of $65,000, (Sixty-Five Thousand Dollars) which is inclusive of attorneys' fees and costs.

Dated: _____, 2020

———————————————

**HON. PAUL A. CROTTY**